# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CASSIE HOWARD, | ) |
| Plaintiff, | ) ) |
| v. | ) ) ) No. 25-cv-02795-SHL-tmp |
| EAN HOLDINGS, LLC, d/b/a ENTERPRISE CAR RENTAL, | ) ) ) |
| Defendant. | ) |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Thomas L. Parker for all further proceedings.

**IT IS SO ORDERED**, this 6th day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE